Galen T. Shimoda (Cal. State Bar No. 226752)
Jennet F. Zapata (Cal. State Bar No. 277063)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
         jrodriguez@shimodalaw.com
         jzapata@shimodalaw.com

Attorneys for Plaintiff KARI L. KOUTNIK

C. Russell Georgeson (SBN 53589)
Richard A. Belrdinelli (SBN 65168)
**GEORGSON AND BELARDINELLI**
7060 North Fresno Street, Suite 250
Fresno, CA 93720
Telephone: (559) 447-8800
Facsimile: (559) 447-0747

Attorneys for Defendants MULTIVERSAL ENTERPRISES – TAHOE PROPERTIES, LLC, a California Limited Liability Company; MULTIMAMMOTH LLC, a California Limited Liability Company; MULTIVERSAL ENTERPRISES – TAHOE, a California Limited Liability Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI L. KOUTNIK, <br><br> Plaintiff, <br><br> vs. <br><br> MULTIVERSAL ENTERPRISES – TAHOE PROPERTIES, LLC, a California Limited Liability Company; MULTIMAMMOTH LLC; a California Limited Liability Company; MULTIVERSAL ENTERPRISES – TAHOE; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:14-CV-02588-KJM-CKD <br><br> **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** <br><br><br> Complaint Filed:  November 5, 2014 <br> Trial date:       None Set |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties agree to complete it by no earlier than July 15, 2015 but no later than September 4, 2015. The neutral must file confirmation of that completion by October 30, 2015. No pre-trial activity, including discovery, shall be stayed until the VDRP session is concluded.

DATED:  March 24, 2015                **GEORGSON AND BELARDINELLI**

By: /s/ C. Russell Georgeson
C. Russell Georgeson
(As authorized on 3/24/2015)
Attorney for Defendants MULTIVERSAL ENTERPRISES – TAHOE PROPERTIES, LLC, MULTIMAMMOTH LLC, and MULTIVERSAL ENTERPRISES – TAHOE

DATED:  March 24, 2015                **Shimoda Law Corp.**

By: /s/ Galen T. Shimoda
Galen T. Shimoda
Attorney for Plaintiff KARI L. KOUTNIK

ORDER

This matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP, for the convening of a VDRP session. A principal with full settlement authority for each party shall appear at the VDRP session.

The parties are reminded to promptly notify the court if they settle this case prior to the scheduled VDRP conference date.

IT IS SO ORDERED.

DATED: March 24, 2015.

_____
UNITED STATES DISTRICT JUDGE